# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

SHELDON LEE HUTCHINS,
Inmate # N71051
    Plaintiff,

v.

Case No: TBD 3:22cv893-TKW/EMT

BILLY CLARK BAIL BONDS, INC.
Billy Clark, Matt McKeehan, and
Phillip Kichler,
    Defendants, et. al.

JAN 2 1 2022

## COMPLAINT FOR DAMAGES
### PURSUANT TO 42 U.S.C. §1983 & ORDER BY JUDGE EMT (Doc. 12)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:


FILED USDC FLND PN
JAN 26 '22 PM1:31

1

**I. PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: SHELDON LEE HUTCHINS
Inmate Number: N71051
Prison or Jail: Bay Correctional Facility
Mailing Address: 5400 Bayline Drive, Panama City, FL 32404

**II. DEFENDANT(S):**

State the <u>name</u>(s) of the Defendant(s) in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

| | | |
|---|---|---|
| (1) | Defendant(s) name: | BILLY CLARK BAIL BONDS, INC. |
| | Official position: | State Proxy–Individual Business; Bonding No.: GEDNLUO1 |
| | Employed at: | BILLY CLARK BAIL BONDS, INC. |
| | Mailing address: | 2415 N. Pace Blvd. Suite #5 Pensacola, FL 32505 |
| (2) | Defendant(s) name: | BILLY CLARK |
| | Official position: | Owner |
| | Employed at: | BILLY CLARK BAIL BONDS, INC. |
| | Mailing address: | 2415 N. Pace Blvd. Suite #5 Pensacola, FL 32505 |
| (3) | Defendant(s) name: | Matt McKeehan |
| | Official position: | Employee/Bond Recovery Agent |
| | Employed at: | McKEEHAN BAIL BONDS, Owner/Operator Bonding No.: 46BFSHEH |
| | Mailing address: | 2728 N. Pace Blvd. Pensacola, FL 32505 |

(4) Defendant(s) name:     Phillip Kichler
    Official position:     Employee/Bond Recovery Agent
    Employed at:           BILLY CLARK BAIL BONDS, INC.
    Mailing address:       6341 Hwy. 90 Suite A
                           Milton, FL 32570

## III.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. §1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

The Plaintiff has attempted multiple avenues of correction to this violation of his civil rights, however he has received no positive or substantive response. The only substantive response received was from the State of Florida, Department of Financial Services who is listed in Chapter 648 of the Florida Statutes (F.S.A.) governing bail bonds; who stated that "The Supreme Court has determined that bail bondsmen and the bounty hunters that work for them, are proxies for the State."

There is no further grievance process available to the Plaintiff under this fact set.

## IV.  PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

The Plaintiff states that he has filed no other actions in this or any other court with the exception of these documents filed under this case number (3:20-cv-05952/MCR/EMT) the initial pleading, order, amended pleading, order, and all other relevant filings are part of this case number and are included by reference as to previous filings.

3

A.  Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
    Yes ( )          No( ✓ )

B.  Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
    Yes ( ✓ )        No( )

(1.) Parties of previous action:
   (a) Plaintiff(s): SHELDON LEE HUTCHINS
   (b) Defendant(s): Billy Clark Bail Bonds Inc., Billy Clark: Owner, Matt McKeehan, Phillip Kichler, SCS Facility Inspector Forrester, Capt. Barbara Stearns, Lietenant B. Lewis, Colonel Randy Tift, Sherrif Bob Johnson

2. Name of judge: <u>MCR/HTC</u>    Case#: 3:21-cv-184 MCR/HTC
3. County and Judicial Circuit: <u>Escambia County, Northern District of Florida</u>
4. Approximate filing date: <u>03/15/2021</u>
5. If not still pending, date of dismissal: <u>N/A</u>
6. Reasons for dismissal: <u>Plaintiff Voluntarily Dismissed</u>
7. Facts and claims of case: _____

(2.) Parties of previous action:
   (a) Plaintiff(s): SHELDON LEE HUTCHINS
   (b) Defendant(s): Eric Matthew Hays, Lt. Santa Rosa County Sheriff's Office, David Michael Rowell, SRCSO; Patrol Deputy; Aaron Christopher Nowlin, ACR Deputy, SRCSO Jail Deputy; Kurt Arnold Schultz, ACR Deputy, SRCSO Jail Deputy; John Robert Pendleton, II, ACR Deputy, SRCSO Jail Deputy; Patrick Roy Campbell, Sergeant, Santa Rosa County

2. Name of judge: MCR/EMT    Case#: (3:20-cv-05952/MCR/EMT)
3. County and Judicial Circuit: <u>Escambia County, Northern District of Florida</u>
4. Approximate filing date: <u>12/01/2021</u>
5. If not still pending, date of dismissal: <u>Pending</u>
6. Reasons for dismissal: N/A
7. Facts and claims of case: <u>The Santa Rosa County Jail deputies administered excessive use of force upon the Plaintiff while he was in restraints, pepper sprayed him repeatedly directly into his eyes, and administering electric shock</u>

4

<u>through the unauthorized use of a Taser while Plaintiff was in convulsions that left permanent scaring and disability.</u>

    C.    Have you initiated other actions (besides those listed above in Questions (A) and (B) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?
Yes( )                  No( ✓ )

    D.    Have you ever had any actions in federal court dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:
Yes( )                  No( ✓ )

The Plaintiff states that he is unaware of any other civil actions filed in his stead and notices this court that he is unable to verify this statement due to his incarceration.

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did nor did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates and places. <u>Do not make any legal arguments or cite any cases or statutes</u>. You must set forth separated and factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(if there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On June 9, 2020 Billy Clark, Matt McKeehan, and Phillip Kichler traveled from Pensacola Florida to 5640 Rutland Powder Springs, Georgia 30127 and illegally seizing the Plaintiff, Sheldon Lee Hutchins causing bodily injury, transported him across state lines without extradition authority, under the color of proxy power of

5

the State of Florida, County of Escambia, under full restraint in order to secure his appearance in court in Santa Rosa County, Florida.

Specifically, the following is alleged:

1.  Billy Clark, Matt McKeehan, and Phillip Kichler traveled from Pensacola Florida to Powder Springs, Georgia under the color of Billy Clark Bail Bonds to seize the person of Sheldon Lee Hutchins.

2.  No Georgia licensed police or bail bond agents were contacted as to this seizure, kidnapping, and interstate transportation against the will of the seized party, Mr. Hutchins, without warrant or extradition determination.

3.  After announcing their presence and receiving no response from the Plaintiff, Matt McKeehan broke down the door to 5640 Rutland Drive, S.W. and Billy Clark immediately triggered his Taser on the Plaintiff, rendering him incapacitated.

4.  Phillip Kichler and Matt McKeehan placed the Plaintiff in hand restraints behind his back. Defendant's Kichler and McKeehan continued to beat the Plaintiff about the face, head and upper body while he was handcuffed and immobile.

5.  Billy Clark repeatedly kicked the Plaintiff in the head leaving a "boot print" on the Plaintiff's head visible in the booking picture some 8-9 hours later in the Santa Rosa County Jail.

6.  Phillip Kichler and Matt McKeehan dragged the handcuffed Palintiff over 100 yards to the Defendant's vehicle (panel van) where he was placed face down and transported to Pensacola Florida.

7.  Approximately 3 hours outide of Pensacola Florida, Billy Clark stopped at a fast food restaurant to purchase food. At the time the Taser barbs were removed from the person of the Plaintiff after approximately 6 hours of being embedded in his body.

**VI.   STATEMENT OF CLAIMS:**

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **if claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

The acts listed below and in the foregoing Demonstrate that the Government Proxies (Defendants) listed above through each official's own individual actions have severely violated the Plaintiff's Eighth Amendment Rights of the United States Constitution against "Cruel and Unusual Punishment."

**(1).   Billy Clark Bail Bonds,** the respondeat superior in charge of the Defendant's included herein, authorized, payed for and provided both materials, succor, and directives from the company as to the methods, procedures and tactics to be utilized to seize the person of Sheldon Lee Hutchins, kidnap his person and transport him to the State of Florida in furtherance of its Statutory Authority under § 648 Fl. Stat. to produce the individual for his appearance in court. Billy Clark Bail Bonds ordered the kidnapping of the Plaintiff in violation of Federal Statutes, specifically 18 U.S.C. § 1201.

**(2).   Billy Clark, Owner/Operator, Billy Clark Bail Bonds,** acted under the color of State of Florida Law when it detailed and described the efforts to falsely imprison on Sheldon Lee Hutchins against his will when it ordered the intrusion into the residence @ 5640 Rutland Drive, in Powder Springs Georgia to its employees, Billy Clark, President, and two others, Matt McKeehan, and Phillip Kichler who were employed to assist in the apprehension of the Plaintiff resulting in Federal crimes complained of herein as well as violations of his Eighth Amendment rights by the injuries suffered by the Plaintiff from the Cruel and Unusual Punishment; and violations of his Fourteenth Amendment rights by kidnapping and transporting across two (2) state lines without warrant or extradition determination of States depriving plaintiff complained of herein.

Billy Clark Bail Bonds was directly responsible for the resulted in the Constitutional injuries suffered by the Plaintiff for Cruel and Unusual Punishment complained of herein.

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the court. Do not make legal arguments or cite to cases/statutes.

(1). The Plaintiff seeks the removal/termination of Billy Clark Bail Bonds license to exercise any and all warrant extractions along with the termination of both Matt McKeehan, and Phillip Kichler who were directly responsible for the Kidnapping and the Eight Amendment violation for Cruel and Unusual Punishment upon the Plaintiff. The defendants should be held liable for their felonious actions disguised as being under the color of the law for the State of Florida.

(2). The Plaintiff further seeks compensatory damages in accordance to the statutory maximum amount concerning 42 U.S.C. § 1983 Civil Complaints; as well as punitive damages in the amount of five (5) million dollars for pain and suffering that has left him permanently disabled.

(3). Any relief that the court deems just, equitable, and proper.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

21 JAN 2022            JAN 2 1 2022         *(signature)*
(Date)                                      (Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):

■ Delivered to prison officials for mailing or ☐ deposited in the prison internal mail system on:
    The 21 day of JAN, 2022.

| TO: | Clerk of Court<br>United States District Court<br>Northern District of Florida<br>Pensacola Division | TO: | **Billy Clark Bail Bonds, Inc.**<br>**Billy Clark, Owner,** Billy Clark Bail Bonds at the following address:<br>Billy Clark Bail Bonds<br>P.O. Box 7127<br>Pensacola, FL 32505<br>**Matt McKeehan,** McKeehan Bail Bonds at the following address:<br>2728 N. Pace Blvd.<br>Pensacola, FL 32505<br>**Phillip Kichler,** Billy Clark Bail Bonds at the following address:<br>6341 Hwy. 90 Suite A<br>Milton, FL 32570 |

*(signature)*
(Signature of Plaintiff)

9

Sheldon Lee Hutchins,
Bay Correctional Facility
5400 Bay Line Drive
Panama City, FL. 32404

LEGAL MAIL

Mailed from a
Correctional Facility

U S District Court
1 North Palafox St.
Pensacola, FL. 32502