UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHELDON LEE HUTCHINS,

    Plaintiff,

v.                                      Case No. 3:22-cv-893-TKW/ZCB

BILLY CLARK BAIL BONDS, INC., et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11) and Plaintiff's objections (Doc. 14). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determinations that this case should be dismissed with prejudice because Plaintiff has no private right of action against any of the defendants under the federal kidnapping statute, 18 U.S.C. §1201; that the bail bond company and the bondsmen are not state actors that can be sued under 42 U.S.C. §1983; and that Plaintiff has not stated a plausible §1983 claim against Deputy Howton. Accordingly, it is

    **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED with prejudice**.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 19th day of December, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**