# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 08, 2023

Clerk - Northern District of Florida
U.S. District Court
1 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number: 23-10077-A
Case Style: Sheldon Hutchins v. Billy Clark Bail Bonds INC, et al
District Court Docket No: 3:22-cv-00893-TKW-ZCB

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Clerk's Office Phone Numbers
General Information           404-335-6100
New / Before Briefing Cases   404-335-6135
Cases in Briefing / After Opinion   404-335-6130
Cases Set for Oral Argument   404-335-6141
Capital Cases                 404-335-6200
Attorney Admissions           404-335-6122
CM/ECF Help Desk              404-335-6125

Enclosure(s)

PLRADSM Clerks entry dismissal PLRA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-10077-A

_____

SHELDON LEE HUTCHINS,

                        Plaintiff - Appellant,

versus

BILLY CLARK BAIL BONDS INC,
BILLY CLARK,
MATT MCKEEHAN,
PHILLIP KICHLER,

                        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the Appellant Sheldon Lee Hutchins failed to pay the filing and docketing fees (or file a motion in the district court for relief from the obligation to pay in advance the full fee) to the district court within the time fixed by the rules.

Effective February 08, 2023.

                        DAVID J. SMITH
         Clerk of Court of the United States Court
            of Appeals for the Eleventh Circuit

                                              FOR THE COURT - BY DIRECTION